AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**FILED**
SEP 29 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.
WISAM A. AL TAMEEMI,

*Defendant*

)
)  Case: 1:17-cr-00177
)  Assigned To : Judge Sullivan, Emmet G.
)  Assign. Date : 9/28/2017
)  Description: INFORMATION (A)

2017 SEP 28 PM 5:06

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   WISAM A. AL TAMEEMI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1752(a)(1) (Entering or Remaining in Restricted Buildings or Grounds)

Date: 09/28/2017

*Issuing officer's signature*

City and state:   Washington, D.C.          United States Magistrate Judge, Robin M. Meriweather
*Printed name and title*

### Return

This warrant was received on *(date)* 9/28/2017, and the person was arrested on *(date)* 9/29/2017
at *(city and state)* Washington DC.

Date: 9/29/2017

Receiving ~~Arresting~~ officer's signature

M. Keblish   DUSM
*Printed name and title*